FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2021

No. 04-20-00213-CV

**CITY OF SAN ANTONIO** and Erik Walsh,
Appellants

v.

**SAN ANTONIO PARK POLICE OFFICERS ASSOCIATION**, Henry Bassuk and Rogelio Tamez,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-18334
Honorable Aaron Haas, Judge Presiding

# O R D E R

This appeal is set for oral argument submission on Thursday, March 4, 2021, at 9:00 a.m., before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Irene Rios, and Justice Beth Watkins. In accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the oral argument will be held through the Fourth Court of Appeals' Zoom license.

Counsel will receive a separate e-mail that will contain a link for the oral argument. Counsel are admonished as follows:

1. The link to Zoom is only for counsel presenting argument and is not to be shared with any other person. Counsel will need a computer or other electronic device with a camera, a microphone, and access to the Internet. If counsel intends to present any exhibits during oral argument, any such exhibits must be electronically filed by noon on the day before argument.

2. The argument will be live streamed to the Court's YouTube channel for the benefit of the public. The argument can be accessed using the following link:

https://www.youtube.com/channel/UCiaWJQ7eW5OQIALdyLN6s3A

3. Counsel are encouraged to familiarize themselves with the Zoom platform. The Clerk of the Court will contact counsel no later than the week before argument to verify connectivity and equipment.

4. Counsel must wear court-appropriate attire and choose an appropriate background.

The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal argument. If any participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

If either party no longer wishes to present argument, the party must notify this court in writing within seven days of receiving this notice.

It is so **ORDERED** January 26, 2021.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT